UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-EASTERN DIVISION

| | |
|---|---|
| MANUEL ORTEGA PAREDES, III. | ) ED CV 11-511-SVW (SH) |
| | ) JUDGMENT |
| Petitioner, | ) |
| v. | ) |
| RAUL LOPEZ, Acting Warden, | ) |
| Respondent. | ) |

Pursuant to the Order of the Court adopting the conclusions and recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and the action is dismissed with prejudice.

DATED: October 12, 2011

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE